**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Massachusetts

Case number *(if known)* _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

**About Debtor 1:**

Melissa
First name

Jane
Middle name

Ostrom
Last name

_____
Suffix (Sr., Jr., II, III)

**About Debtor 2 (Spouse Only in a Joint Case):**

_____
First name

_____
Middle name

_____
Last name

_____
Suffix (Sr., Jr., II, III)

2. **All other names you have used in the last 8 years**

Include your married or maiden names.

First name
Middle name
Last name

First name
Middle name
Last name

First name
Middle name
Last name

First name
Middle name
Last name

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – 8 2 9 1
OR
9 xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___
OR
9 xx – xx – ___ ___ ___ ___

Debtor 1  Melissa Jane Ostrom
First Name    Middle Name    Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| 219 Arthur Street<br>Number      Street | _____<br>Number      Street |
| Framingham              MA    01702<br>City              State    ZIP Code | _____<br>City              State    ZIP Code |
| Middlesex<br>County | _____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____<br>Number      Street | _____<br>Number      Street |
| _____<br>P.O. Box | _____<br>P.O. Box |
| _____<br>City              State    ZIP Code | _____<br>City              State    ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1   **Melissa Jane Ostrom**
   First Name   Middle Name   Last Name

Case number (if known)_____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.   District _____ When _____ Case number _____
   MM / DD / YYYY

District _____ When _____ Case number _____
   MM / DD / YYYY

District _____ When _____ Case number _____
   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.   Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
   MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
   MM / DD / YYYY

**11. Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Melissa Jane Ostrom
First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Melissa Jane Ostrom
Name of business, if any

219 Arthur Street
Number    Street

_____

Framingham _____    MA    01702
City    State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number    Street

_____

_____ _____    _____
City    State    ZIP Code

Debtor 1    Melissa Jane Ostrom
            First Name    Middle Name    Last Name

Case number *(if known)*_____

## Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | ☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Melissa Jane Ostrom**      Case number *(if known)*_____
First Name    Middle Name    Last Name

---

### Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☑ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

- ☑ ~~$0-$50,000~~ *mjo*
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____      X _____
Signature of Debtor 1          Signature of Debtor 2

Executed on  01/11/2016      Executed on _____
MM / DD / YYYY           MM / DD / YYYY

Debtor 1   **Melissa Jane Ostrom**
_____
First Name    Middle Name    Last Name

Case number (if known)_____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

❏ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

❏ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
❏ Yes. Name of Person_____
        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _____    X _____
Signature of Debtor 1                 Signature of Debtor 2

Date   01/11/2016                     Date   _____
       MM / DD / YYYY                        MM / DD / YYYY

Contact phone   (508) 875-1819        Contact phone   _____

Cell phone   (617) 388-3151           Cell phone   _____

Email address   MelissaJOstrom@yahoo.com    Email address   _____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Melissa | Jane | Ostrom |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Massachusetts

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1** 219 Arthur Street
   Street address, if available, or other description

   Framingham    MA    01702
   City    State    ZIP Code

   Middlesex
   County

   **What is the property?** Check all that apply
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   *Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** / **Current value of the portion you own?**
   $ 250,000.00    $ 0.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   See continuation sheet

   ☐ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   **1.2** _____
   Street address, if available, or other description

   _____

   _____
   City    State    ZIP Code

   _____
   County

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   *Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** / **Current value of the portion you own?**
   $ _____    $ _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   _____

   ☐ Check if this is community property (see instructions)

Debtor 1    Melissa    Jane    Ostrom    Case number (if known)_____

First Name    Middle Name    Last Name

---

**1.3.**

Street address, if available, or other description

_____

_____

City        State    ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................. →   $   0.00

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.** Make:    ~~219 Arthur~~ *FORD* MJ°
Model:    Explorer
Year:    1999
Approximate mileage:    170,000
Other information:

| Not running, nada.com value |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $   575.00 | $   575.00 |

---

If you own or have more than one, describe here:

**3.2.** Make:    Honda
Model:    Accord EX
Year:    2006
Approximate mileage:    102,000
Other information:

| 1/2 interest and vehicle used for work. Nada.com value. |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $   6,125.00 | $   3,062.50 |

---

Debtor 1    Melissa             Jane              Ostrom                    Case number (if known)_____
        First Name    Middle Name         Last Name

---

3.3. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

| |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

| |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................. ➔

$ 3,637.50

---

Debtor 1    Melissa                Jane                Ostrom
            First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe......... | see continuation sheet | $ 3,505.00

**7.  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe......... | see continuation sheet | $ 430.00

**8.  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe......... | see continuation sheet | $ 710.00

**9.  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe......... | 1990s Yamaha YDP101s electric piano, stained glass supplies | $ 350.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe......... | | $ _____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☑ No
☐ Yes. Describe......... | Everyday clothes, shoes, accessories | $ 400.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe......... | Assorted sterling Jewelry, Three gold rings, earrings, 1 necklace set with semi- p | $ 130.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe......... | 5 cats | $ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information. ............. | Assorted vitamins, medications, bandages, etc. | $ 20.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................ → | $ 5,545.00

Debtor 1    Melissa        Jane            Ostrom            Case number (if known)_____
First Name    Middle Name    Last Name

---

## Part 4:  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes..................................................................................................................    Cash: .............    $_____0.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America joint account ending in 7934 | $_____0.00 |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | Bank of America account ending in 6714 | $_____0.01 |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ...............        Institution or issuer name:

_____    $_____
_____    $_____
_____    $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No        Name of entity:                                    % of ownership:

☐ Yes. Give specific
information about        _____    0%    %    $_____
them..................        _____    0%    %    $_____
_____    0%    %    $_____

---

Debtor 1    Melissa    Jane    Ostrom    Case number (if known)_____
       First Name     Middle Name     Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific   Issuer name:
       information about
       them......................

    _____  $_____
    _____  $_____
    _____  $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each   Type of account:   Institution name:
       account separately.

    401(k) or similar plan:  _____  $_____

    Pension plan:  _____  $_____

    IRA:  _____  $_____

    Retirement account:  _____  $_____

    Keogh:  _____  $_____

    Additional account:  _____  $_____

    Additional account:  _____  $_____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes .........................   Institution name or individual:

    Electric:  _____  $_____

    Gas:  _____  $_____

    Heating oil:  _____  $_____

    Security deposit on rental unit:  _____  $_____

    Prepaid rent:  _____  $_____

    Telephone:  _____  $_____

    Water:  _____  $_____

    Rented furniture:  _____  $_____

    Other:  _____  $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes .........................   Issuer name and description:

    _____  $_____
    _____  $_____
    _____  $_____

Debtor 1   Melissa          Jane          Ostrom                          Case number *(if known)*_____
         First Name      Middle Name      Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No
   ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

   _____   $_____
   _____   $_____
   _____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No
   ☐ Yes. Give specific
      information about them...   [                                    ]   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No
   ☐ Yes. Give specific
      information about them...   [                                    ]   $_____

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☐ No
   ☑ Yes. Give specific
      information about them....   [ MA Real Estate Agent License       ]   $_____0.00

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

   ☐ No
   ☑ Yes. Give specific information
      about them, including whether
      you already filed the returns
      and the tax years. ....................

   [ Have applied and may receive federal EIC. Amount, if any, unknown. ]

   Federal:  $_____0.00
   State:    $_____0.00
   Local:    $_____0.00

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☐ No
   ☑ Yes. Give specific information............   [ see continuation sheet ]

   Alimony:            $_____74,220.66
   Maintenance:        $_____
   Support:            $_____
   Divorce settlement: $_____
   Property settlement:$_____

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
   Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes. Give specific information............   [                                    ]   $_____

Debtor 1  __Melissa_____  __Jane_____  __Ostrom_____      Case number (if known)_____
     First Name    Middle Name    Last Name

---

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

32. **Any interest in property that is due from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information............ | _____ | $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim. ................ | _____ | $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ................ | _____ | $ _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information............ | _____ | $ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................... ➔ | $ | 74,220.67

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe...... | _____ | $ _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes. Describe...... | _____ | $ _____

---

Debtor 1    Melissa        Jane        Ostrom        Case number *(if known)*_____
           First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe....... |_____| $_____

41. **Inventory**

☑ No
☐ Yes. Describe....... |_____| $_____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.......    Name of entity:                          % of ownership:

    _____    _____%    $_____
    _____    _____%    $_____
    _____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes. Describe........    |_____| $_____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
   information .........    _____    $_____
                           _____    $_____
                           _____    $_____
                           _____    $_____
                           _____    $_____
                           _____    $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here ...................................................→    $        0.00

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes ...................    |_____| $_____

Debtor 1   Melissa        Jane        Ostrom                    Case number (if known)_____
           First Name    Middle Name   Last Name

48. **Crops—either growing or harvested**
☑ No
☐ Yes. Give specific
   information. ..........                                              $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes ......................                                          $_____

50. **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes ......................                                          $_____

51. **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific
   information. ..........                                              $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➜   | $ 0.00 |

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific                                                 $_____
   information. ..........                                              $_____
                                                                      $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................... ➜   | $ 0.00 |

## Part 8:   List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................ ➜   | $ 0.00 |

56. Part 2: Total vehicles, line 5                               $ 3,637.50

57. Part 3: Total personal and household items, line 15         $ 5,545.00

58. Part 4: Total financial assets, line 36                     $ 74,220.67

59. Part 5: Total business-related property, line 45            $ 0.00

60. Part 6: Total farm- and fishing-related property, line 52   $ 0.00

61. Part 7: Total other property not listed, line 54          + $ 0.00

62. **Total personal property.** Add lines 56 through 61. ....................  | $ 83,403.17 |   Copy personal property total ➜ + $ 83,403.17

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 ........................   | $ 83,403.17 |

United States Bankruptcy Court for the District of Massachusetts

Case No:_____

In re Melissa Jane Ostrom, debtor

Continuation sheet form 106A/B, Line 1.1

---

Property is owned by an irrevocable decedent's trust, the 219 Arthur Street Trust. Debtor, Melissa Jane Ostrom, is a contingent beneficiary, and a residual beneficiary of the Trust having the following equitable interests:

- A contingent, current right of personal occupancy upon maintaining the property, and paying the monthly mortgage, property taxes, and insurance costs of the property as rent.
- A contingent, future right of ownership of the property, or
- A contingent, future right as a 1/11th share residual beneficiary of the Trust.
- An additional 1/11th contingent, future share residual beneficiary of the Trust assigned by ex-husband and allocated towards alimony arrears.

---

In re Melissa Jane Ostrom, debtor. Continuation sheet form 106A/B, Line 1.1

| *In Re* Melissa Jane Ostrom | **Case No** | |
|---|---|---|

**Schedule 106A/B, Line 6, Household goods and furnishings, Continuation sheet**

| Description of property | Husband, wife, joint, or community | Current value of debtor's interest |
|---|---|---|
| **All personal property located 219 Arthur Street, Framingham, MA unless otherwise noted** | | |
| Six Natural Cherry Dining Room Chairs. Bought in 2002. Jordan's Furniture | N/A | 500 |
| Natural Cherry Dinning room Table. Bought in 2010. Jordan's Furniture. | N/A | 200 |
| Couch, Tuxedo style/gold bought at Jordan's Furniture 2002 | N/A | 40 |
| 2 Upholstered Chairs bought at Jordan's Furniture 2002 | N/A | 40 |
| Stepladder Table bought at yard sale | N/A | 25 |
| Wood Bookcase bought at yard sale | N/A | 20 |
| Two wood side tables, not matching. Bought at yard sale. | N/A | 40 |
| Oriental, medallion style wool rug. Bought at Ethan Allen 2003. | N/A | 150 |
| Stained Glass floor lamp. Floor model bought at J.D.Diddario, 2002 | N/A | 75 |
| Assorted nick knacks, candle holders, geoids, bells, shells and vases. Mostly bought at yard sales and Home Goods, 2000. | N/A | 200 |
| 2 Framed Photo prints, ex-husband photo. | N/A | 20 |
| 2 water colors painted by local artist friends. | N/A | 100 |
| Natural Cherry entertainment Center. Opening for T.V. 33" x 30" high. Bought at Pottery Barn, floor model. 2004 | N/A | 150 |
| Stained Glass table lamp. Bought at Home Depot, 1999 | N/A | 30 |

| *In Re* Melissa Jane Ostrom | Case No | |
|---|---|---|
| | | |

## Schedule 106A/B, Line 6, Household goods and furnishings, Continuation sheet

| Description of property | Husband, wife, joint, or community | Current value of debtor's interest |
|---|---|---|
| Pottery table lamp with cloth shade | N/A | 20 |
| Fake wood, gold finished mirror. Bought at Pottery barn 1999 | N/A | 25 |
| 6 Lace Shear Curtain Panels Bought in 2002 | N/A | 5 |
| 4 Lined Drapes Bought at Home Depot 2013 10.00 per panel. | N/A | 20 |
| Mixed set of Villeroy & Bosh China. Bought and given as gifts from Macy's and Home Goods. 2003 | N/A | 100 |
| Assorted glass wine glasses | N/A | 40 |
| Assorted glass and pottery vases | N/A | 30 |
| Mixed, not full, set of Oneida Flatware. | N/A | 20 |
| Mixed serving spoons and forks etc. | N/A | 30 |
| 5 sharp knives | N/A | 40 |
| 10 steak knives | N/A | 20 |
| Mixes metal pots, 6 | N/A | 50 |
| Drawer of plastic/metal spatulas, cooking tools, measuring cups. | N/A | 25 |
| Unmatching set of Lr. & Sm. Plates, bowls, cups and glasses | N/A | 40 |
| Assortment of white, pottery serving plates. | N/A | 40 |
| 3 Corningware Oven Dishes | N/A | 40 |
| Oster Blender | N/A | 5 |
| Cuisinart Toaster Oven. Bought 2009 | N/A | 15 |
| Sharp microwave. Bought 2009 | N/A | 25 |
| Cuisinart Mixer. Bought 2003 | N/A | 30 |
| Assorted Electric beater, juicer, waffle maker, coffee grinder, mixers. Bought in 1990's. | N/A | 40 |
| Kitchen Clock | N/A | 30 |

| In Re Melissa Jane Ostrom | Case No | |
|---|---|---|
| | | |

**Schedule 106A/B, Line 6, Household goods and furnishings, Continuation sheet**

| Description of property | Husband, wife, joint, or community | Current value of debtor's interest |
|---|---|---|
| 1/2 interest in used GE Side by side refrigerator. Bought this year 400.00 | joint | 200 |
| Pine wood cabinet 28" x 36". Bought un-finished 2002. | N/A | 25 |
| Pine/Particleboard Wood Cart on wheels. | N/A | 20 |
| 3 Window Valances. Bought 2013 at Bed, Bath & Beyond. | N/A | 20 |
| Two floral framed prints. Bought at Home Goods. 2002 | N/A | 5 |
| Stained Glass Window Decoration. Bought at yard sale. 2006 | | 35 |
| A few kitchen and bath floor mats | N/A | 5 |
| Shower Curtain | N/A | 0 |
| White Bathroom Valance | N/A | 5 |
| 2 wood bookcases | N/A | 10 |
| Desk made of two file cabinets & wood top | N/A | 20 |
| 1/2 interest in Queen Sized Bed. Bought 2012 | joint | 150 |
| 3 sets metal table lamps. Bought at Target 2011 | N/A | 30 |
| 2 matching Henredon Veneer Dressers | N/A | 150 |
| 1 matching mirror, wood frame | N/A | 40 |
| 1 End Table, particleboard | N/A | 5 |
| 1 lace sheer curtains. Bought 1999 | N/A | 10 |
| Futon Chair. Bought 2003 | N/A | 10 |
| Full Size Futon bed. Bought 2003 | N/A | 30 |
| Large Wood Desk | N/A | 40 |
| 4 sheer curtains | N/A | 10 |
| Two 6' x 8' Wool Rugs. Bought at Home goods | N/A | 30 |
| Assorted linens, towels, table cloths. | N/A | 70 |

| In Re Melissa Jane Ostrom | Case No | |
|---|---|---|
| | | |
| **Schedule 106A/B, Line 6, Household goods and furnishings, Continuation sheet** | | |
| | | |
| **Description of property** | **Husband, wife, joint, or community** | **Current value of debtor's interest** |
| Deck Furniture, 2 chairs, love seat & ottoman. Bought at home Depot 2003 | | 70 |
| Wroght iron Table, glass top w/4 chairs. Bought at Pier 1 1998 | | 40 |
| Assorted Gardening tools | | 35 |
| Lawn Mower. Bought 2000 | | 30 |
| Snow Blower | | 100 |
| 9 folding card chairs | | 30 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | **3505** |

| *In Re* Melissa Jane Ostrom | Case No | |
|---|---|---|
| | | |
| **Schedule 106A/B, Line 7, Electronics, Continuation sheet** | | |
| | | |
| **Description of property** | **Husband, wife, joint, or community** | **Current value of debtor's interest** |
| **All personal property located 219 Arthur Street, Framingham, MA unless otherwise noted** | | |
| Samsung 31" Flat Screen T.V. Bought in 2009 | N/A | 100 |
| Sony DVD Player | N/A | 25 |
| Magnavox CD Player. Bought 2003 | N/A | 25 |
| Sony Amplifier. Bought in 1996 | N/A | 30 |
| Sony Amplifier. Bought in 1996 | N/A | 40 |
| Teac Cassette Player. Bought in 1980's. | N/A | 30 |
| 2 Bose model 100 Speakers. Bought 2002 | N/A | 30 |
| HP Pavillion g7 series laptop. (Bought used from Micro Center 2011) | N/A | 50 |
| Singer sewing machine | N/A | 50 |
| HTC EVO 4G | N/A | 50 |
| | | |
| | | |
| | | |
| | | |
| **Total** | | **430** |

| *In Re* Melissa Jane Ostrom | Case No | |
|---|---|---|
| | | |
| **Schedule 106A/B, Line 8, Collectibles of value, Continuation sheet** | | |
| | | |
| **Description of property** | **Husband, wife, joint, or community** | **Current value of debtor's interest** |
| **All personal property located 219 Arthur Street, Framingham, MA unless otherwise noted** | | |
| Assorted nick knacks, candle holders, geoids, bells, shells and vases. Mostly bought at yard sales and Home Goods, 2000. | N/A | 200 |
| 2 Framed Photo prints, ex-husband photo. | N/A | 20 |
| 2 water colors painted by local artist friends. | N/A | 100 |
| Assorted glass and pottery vases | N/A | 30 |
| Two floral framed prints. Bought at Home Goods. 2002 | N/A | 5 |
| Stained Glass Window Decoration. Bought at yard sale. 2006 | | 35 |
| Assorted clothing | N/A | 200 |
| photo albums with personal photos | | 20 |
| collection of x CDs (at ebay prices) | | 40 |
| collection of x paperback books (at ebay prices) some located at residence and some stored in attic at 17 Lorraine Circle, Waban, MA | | 40 |
| collection of x hardback books (at ebay prices) some located at residence and some stored in attic at 17 Lorraine Circle, Waban, MA | | 20 |
| | | |
| | | |
| | | |
| **Total** | | **710** |

| *In Re* **Melissa Jane Ostrom** | |
|---|---|
| | |
| **Schedule 106A/B, Line 29, Family Support, Continuation sheet** | |
| | |
| **Description of property** | **Current value of debtor's interest** |
| | |
| All alimony items below refer to: Melissa J. Ostrom, Plaintiff v. Timothy E. Ostrom, Defendant, Commonwealth of Massachusettes Probate and Family Court Docket No. 08D-3884 judgment of Jan. 16, 2015 | |
| | |
| Monthly Alimony Payment (allocated $900.00 current support, and $100.00 towards alimony arrears) | 1,000.00 |
| | |
| 25% of the net of any bonus paid to ex-husband (allocated towards alimony arrears). Amount, if any, is undeterminable before actual receipt. | 0.00 |
| | |
| 25% of any tax refund received by ex-husband (allocated towards alimony arrears). Amount, if any, is undeterminable before actual receipt. | 0.00 |
| | |
| Alimony Arrears Judgment 1-16-2015 in the amount of $78,500.00 | 73,220.66 |
| | |
| **Total** | **74,220.66** |
| **Ex-husband's finances are severely overextended, and arrears are only collectible very slowly considering his mental stress.** | |

**Fill in this information to identify your case:**

Debtor 1   Melissa              Jane              Ostrom
           First Name           Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name    Last Name

United States Bankruptcy Court for the:   District of Massachusetts

Case number
(if known)   _____

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1999 Ford Explorer<br>Line from *Schedule A/B*: 3.1 | $ 575.00 | ☑ $ 575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 16 |
| Brief description: 2006 Honda Accord<br>Line from *Schedule A/B*: 3.2 | $ 3,062.50 | ☑ $ 3,062.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 16 |
| Brief description: Household Goods<br>Line from *Schedule A/B*: 6 | $ 3,505.00 | ☑ $ 3,505.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 2 |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    Melissa _____ Jane _____ Ostrom _____    Case number (if known)_____
     First Name    Middle Name    Last Name

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Bed<br>Line from Schedule A/B: 6 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 1 |
| Brief description: Refrigerator<br>Line from Schedule A/B: 6 | $ 200.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 1 |
| Brief description: Alimony Arrears<br>Line from Schedule A/B: 29 | $ 74,220.66 | ☑ $ 11,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 1 $500 per month for the 23 months of arrears |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $ 400.00 | ☑ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 1 |
| Brief description: Sewing Machine<br>Line from Schedule A/B: 7 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 12 |
| Brief description: HP Laptop<br>Line from Schedule A/B: 7 | $ 50.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 12 |
| Brief description: Samsung TV<br>Line from Schedule A/B: 7 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 12 |
| Brief description: Books<br>Line from Schedule A/B: 8 | $ 80.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 3 |
| Brief description: Jewelry<br>Line from Schedule A/B: 12 | $ 130.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 18 |
| Brief description: piano, stained glass<br>Line from Schedule A/B: 9 | $ 350.00 | ☑ $ 350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 17 (unused auto exemption) |
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $ 230.00 | ☑ $ 230.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 17 (unused auto exemption) |
| Brief description: prints,CDs,water col<br>Line from Schedule A/B: 8 | $ 510.00 | ☑ $ 430.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 17 (unused auto exemption) |

Debtor 1  Melissa    Jane    Ostrom                    Case number (if known)_____
          First Name  Middle Name  Last Name

**Part 2:   Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Cats  Line from Schedule A/B: 13 | $ 0.00 | ☑ $ 0.00  ☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 17 (unused auto exemption) |
| Brief description: First Aid supplies  Line from Schedule A/B: 14 | $ 20.00 | ☑ $ 20.00  ☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 17 (unused auto exemption) |
| Brief description: Alimony Arrears  Line from Schedule A/B: 29 | $ 74,220.66 | ☑ $ 1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 17 |
| Brief description: Alimony Arrears  Line from Schedule A/B: 29 | $ 74,220.66 | ☑ $ 3,407.50  ☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 17 (unused auto exemption) |
| Brief description: Alimony Arrears  Line from Schedule A/B: 29 | $ 74,220.66 | ☑ $ 562.50  ☐ 100% of fair market value, up to any applicable statutory limit | Mass Gen Law ch 235 § 17 (unused household goods exemption) |
| Brief description: ____  Line from Schedule A/B: ____ | $ ____ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____  Line from Schedule A/B: ____ | $ ____ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____  Line from Schedule A/B: ____ | $ ____ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____  Line from Schedule A/B: ____ | $ ____ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____  Line from Schedule A/B: ____ | $ ____ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____  Line from Schedule A/B: ____ | $ ____ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | ____ |
| Brief description: ____  Line from Schedule A/B: ____ | $ ____ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | ____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Melissa | Jane | Ostrom |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Massachusetts

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

Creditor's Name

Number     Street

City     State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

$_____    $_____    $_____

**2.2**

Creditor's Name

Number     Street

City     State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

$_____    $_____    $_____

Add the dollar value of your entries in Column A on this page. Write that number here:    $_____

**Fill in this information to identify your case:**

Debtor 1    Melissa          Jane             Ostrom
           First Name      Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name       Last Name

United States Bankruptcy Court for the: District of Massachusetts

Case number
(If known)

☐ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1** 

Priority Creditor's Name

Number        Street

City                    State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____  $_____  $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** 

Priority Creditor's Name

Number        Street

City                    State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____  $_____  $_____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | Melissa | Jane | Ostrom | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**

**American Express**
Nonpriority Creditor's Name

P.O. Box 981537
Number   Street

El Paso      TX    79998
City       State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ~~3~~ ~~0~~ ~~5~~ ~~3~~   3053 *mjo*    $   38,569.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   credit card

---

**4.2**

**American Express**
Nonpriority Creditor's Name

P.O. Box 981537
Number   Street

El Paso      TX    79998
City       State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ~~7~~ ~~8~~ ~~0~~ ~~3~~   7803 *mjo*    $   4,486.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   credit card

---

**4.3**

**Navient**
Nonpriority Creditor's Name

P.O. Box 9500
Number   Street

Wilkes Barre      PA    18773
City       State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ~~2~~ ~~0~~ ~~0~~ ~~7~~   2007 *mjo*    $   17,809.00

**When was the debt incurred?**   04/01/2007 *mjo*

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Total claim

---

| Debtor 1 | Melissa | Jane | Ostrom | Case number *(if known)* _____ |
|----------|---------|------|--------|--------------------|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.4

Janet Nealon
Nonpriority Creditor's Name

14 Lorraine Circle
Number        Street

Newton                    MA      02468
City                      State   ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  N/A

When was the debt incurred?  2013-2015

$ 38,101.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  personal loans

---

Nonpriority Creditor's Name

Number        Street

City                      State   ZIP Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

$ _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify_____

---

DMI   MJO
Nonpriority Creditor's Name

6400 Pinecrest Drive
Number        Street

City                      State   ZIP Code

**Who incurred the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

$ _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify_____

---

Debtor 1  Melissa        Jane        Ostrom                    Case number (if known)_____
          First Name    Middle Name  Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

DMI
Name

6400 Pinecrest Drive
Number      Street

Suite 400

Plano                    TX      75024
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **3 0 5 3**

---

Zwicker & Associates, P.C.
Name

80 Minuteman Road
Number      Street

P.O. Box 9013

Andover                  MA      85027
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number **3 0 5 3**

---

GC Services Limited Partnership
Name

630 Gulfton
Number      Street

Houston                  TX      77081
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number **3 0 5 3**

---

Firstsource Advantage, LLC
Name

205 Bryant Woods South
Number      Street

Amherst                  NY      14228
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number **3 0 5 3**

---

Firstsource Advantage, LLC
Name

205 Bryant Woods South
Number      Street

Amherst                  NY      14228
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number **7 8 0 3**

---

GC Services Limited Partnership
Name

630 Gulfton
Number      Street

Houston                  TX      77081
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number **7 8 0 3**

---

Central Credit services
Name

500 Franklin Turnpike
Number      Street

Ramsey                   NJ      07446
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (Check one): ☑ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ~~3   9   4~~ **3 0 0 0** mJ0

---

Debtor 1  Melissa _____ Jane _____ Ostrom _____   Case number (if known) _____
First Name   Middle Name   Last Name

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.



|  | Total claim |
|---|---|

**Total claims from Part 1**

6a. **Domestic support obligations**  6a. $ _0_

6b. **Taxes and certain other debts you owe the government**  6b. $ _0_

6c. **Claims for death or personal injury while you were intoxicated**  6c. $ _0_

6d. **Other.** Add all other priority unsecured claims. Write that amount here.  6d. + $ _0_

6e. **Total.** Add lines 6a through 6d.  6e. $ _0_

|  | Total claim |
|---|---|

**Total claims from Part 2**

6f. **Student loans**  6f. $ _17,809.00_

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**  6g. $ _0_

6h. **Debts to pension or profit-sharing plans, and other similar debts**  6h. $ _0_

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.  6i. + $ _81,156.00_

6j. **Total.** Add lines 6f through 6i.  6j. $ _98,965.00_

---

**Fill in this information to identify your case:**

Debtor: Melissa (First Name) Jane (Middle Name) Ostrom (Last Name)

Debtor 2 (Spouse if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Massachusetts

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number  Street | |
| City  State  ZIP Code | |
| **2.2** | |
| Name | |
| Number  Street | |
| City  State  ZIP Code | |
| **2.3** | |
| Name | |
| Number  Street | |
| City  State  ZIP Code | |
| **2.4** | |
| Name | |
| Number  Street | |
| City  State  ZIP Code | |
| **2.5** | |
| Name | |
| Number  Street | |
| City  State  ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1  Melissa    Jane    Ostrom
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  District of Massachusetts

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☐ No

       ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

       _____
       Name of your spouse, former spouse, or legal equivalent

       _____
       Number      Street

       _____
       City                State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** Name<br>Number   Street<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** Name<br>Number   Street<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** Name<br>Number   Street<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1    Melissa        Jane            Ostrom
            First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    District of Massachusetts

Case number
(if known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | organizer, cleaner, RE agent | |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | self-employed | |
| | **Employer's address** | Number  Street | Number  Street |
| | | City    State  ZIP Code | City    State  ZIP Code |
| | How long employed there? | 3 years | 3 years |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3.  + $ 0.00 | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $ 0.00 | $ 0.00 |

Debtor 1  **Melissa** **Jane** **Ostrom**
First Name    Middle Name    Last Name

Case number *(if known)* _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.................................................................➔ 4. | $ 0.00 | $ 0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 0.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0.00 | | + $ |

**6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 1,000.00 | $ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ |
| 8e. Social Security | 8e. | $ 0.00 | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: *SNAP* | 8f. | $ 87.50 | $ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ |
| 8h. Other monthly income. Specify: _____ | 8h. +$ 0.00 | | +$ |

**9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,087.50 | $ |

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 0.00 = $ 1,087.50 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: *JOE MELVILL & CAPPS* | 11. + $ 88.00 |

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12. | $ 1,087.50 |

*1175.50 mJ*

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Melissa      Jane      Ostrom
       First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Massachusetts

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
    expenses as of the following date:

   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

**1. Is this a joint case?**

☑ No.   Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No
☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☑ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,048.87 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 30.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1 __Melissa__ __Jane__ __Ostrom__   Case number (if known)_____
First Name   Middle Name   Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 185.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 235.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 600.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 0.00 |
| 10. **Personal care products and services** | 10. | $ 20.00 |
| 11. **Medical and dental expenses** | 11. | $ 30.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 250.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 79.67 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: vehicle excise taxes | 16. | $ 8.30 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | Melissa | Jane | Ostrom | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 21. | Other. Specify: _____ | 21. | +$ | 0.00 |
|---|---|---|---|---|

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $ | 2,486.87 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ | 0.00 |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ | 2,486.87 |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $ | 1,647.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – $ | 2,486.87 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ | -839.87 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.   Explain here: House insurance rates are going up because of last year's storm and ice damage. Property taxes also will increase. These items are included in my "rent."

**Fill in this information to identify your case:**

| Debtor 1 | Melissa | Jane | Ostrom |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Massachusetts

Case number
(if known) _____

☐ Check if this is an
  amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person_____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and*
                                                                                   *Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____        X _____
Signature of Debtor 1                            Signature of Debtor 2

Date  01/ 11 / 20 16                          Date _____
      MM / DD / YYYY                                MM / DD / YYYY

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1   Melissa          Jane          Ostrom
         First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   District of Massachusetts

Case number
(If known)
</td></tr>
</table>

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

OFFICIAL FORM B 22A1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case, 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 1,000.00 | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 88.00 | $_____ |
| 5. **Net income from operating a business, profession, or farm** | | |
|   Gross receipts (before all deductions)  $_____ | | |
|   Ordinary and necessary operating expenses  – $_____ | | |
|   Net monthly income from a business, profession, or farm  $_____  Copy here➜ | $ 0.00 | $_____ |
| 6. **Net income from rental and other real property** | | |
|   Gross receipts (before all deductions)  $_____ | | |
|   Ordinary and necessary operating expenses  – $_____ | | |
|   Net monthly income from rental or other real property  $_____  Copy here➜ | $ 0.00 | $_____ |
| 7. **Interest, dividends, and royalties** | $ 0.00 | $_____ |

| Debtor 1 | Melissa | Jane | Ostrom | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here:............................↓

| | $ 0.00 | $_____ |
|---|---|---|

For you...................................................................... $_____

For your spouse ........................................................ $_____

**9. Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.

| | $ 0.00 | $_____ |
|---|---|---|

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. | S.N.A.P. | $ 87.50 | $_____ |
|---|---|---|---|
| 10b. | _____ | $_____ | $_____ |
| 10c. | Total amounts from separate pages, if any. | +$ 0.00 | +$_____ |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.

| $ 1,175.50 | + | $_____ | = | $1,175.50 |
|---|---|---|---|---|
| | | | | Total current monthly income |

---

**Part 2:  Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11...........................................Copy line 11 here➔ 12a.   $ 1,175.50

Multiply by 12 (the number of months in a year).   x 12

12b. The result is your annual income for this part of the form.   12b.   $ 14,106.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   `MA`

Fill in the number of people in your household.   `2`

Fill in the median family income for your state and size of household. ................................................... 13.   $ 72,260.00

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
Go to Part 3 and fill out Form 22A-2.

---

**Part 3:  Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____   X _____

Signature of Debtor 1   Signature of Debtor 2

Date 01/11/2016   Date _____
MM / DD / YYYY   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

United States Bankruptcy Court

District of Massachusetts

In re   MELISSA   JANE   OSTROM   Case No

Chapter   7

Debtor

## VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of
Creditors, which consists of ___2___ pages and a total of ___16___ creditors, is true, correct
and complete to the best of my knowledge.

Date: 1/11/2016

_____
Debtor

_____
Joint Debtor

Janet C. Nealon
14 Lorraine Circle
Waban, MA 02468

American Express True Earnings Card
American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express Green Card
American Express
P.O, Box 1270
Newark, NJ 07101-1270

Zwicker & Associates, P.C.
P.O. Box 9013
Andover, Ma 01810

DMI
6400 Pinecrest Drive
Suite 400
Plano, TX 75024-2959

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

Dept. Hovs 066
PO BOX 3044
Livonia, MI 48151-3044

American Express
P.O. Box 6985
Buffalo, NY 14240-6985

American Express Travel Related Services
P.O. Box 297858
Ft. Lauderdale, FL 33329-7879

American Express
P.O. Box 297879
Ft. Lauderdale, FL 33329-7879

American
P.O. Box 6985
Buffalo, NY 14240-6985

American Express
PO Box 26312
Lehigh Valley, PA 18002-6312

American Express
PO Box 981532
El Paso, TX 79998

American Express Travel Related Services
P.O. Box 981540
El Paso, TX 79998-1540

American Express
P.O. Box 26315
Lehigh Valley, PA 18002

First Source Advantage, LLC
205 Bryant Woods
South Amherst, NY 14228