UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re

Melissa Jane Ostrom,  Chapter 7, Case No. 16-40035-CJP
   Debtor(s)

TRUSTEE'S MOTION TO (1) COMPEL AND
(2) EXTEND DEADLINE
TO OBJECT TO DISCHARGE

Janice G. Marsh, the trustee, requests the court

1. To order the debtor(s), by a date certain, to provide the information the trustee requested in her letter dated April 7, 2016, a copy of which is attached as an Exhibit and incorporated by reference;

2. To extend the deadline for the trustee and the United States Trustee to object to discharge, pending resolution of the motion to compel; and

3. To grant all other relief to which the trustee is entitled.

Respectfully Submitted,

/s/ Janice G. Marsh
Janice G. Marsh, Trustee
Janice G. Marsh, LLC
446 Main Street, 19th Floor
Worcester, MA 01608
Telephone 508-797-5500
janicemarsh1@gmail.com
BBO No. 638575

CERTIFICATE OF SERVICE

**Mailing Information for Case**

**Electronic Mail Notice List**

- **Richard King**  USTPRegion01.WO.ECF@USDOJ.GOV
- **Janice Marsh**  janicemarsh1@gmail.com, MA44@ecfcbis.com

**Manual Notice List, Served by Regular Mail**

**Melissa Jane Ostrom**
219 Arthur Street
Framingham, MA 01702

/s/ Janice G. Marsh
Janice G. Marsh

# JANICE G. MARSH
JANICE G. MARSH, LLC
446 MAIN ST., 19TH FL.
WORCESTER, MA 01608

TELEPHONE 508-797-5500
janicemarsh1@gmail.com



April 7, 2016

Ms. Melissa Jane Ostrom
219 Arthur Street
Framingham, MA 01702

Dear Ms. Ostrom:

Subject: Bankr. Case No. 16-40035

I am sending this e-mail to follow up on the 341 meeting conducted on March 23, 2016.

**Please provide to me:**

1. Proof of Social Security number. NOT ACCEPTABLE: copy of tax return, Social Security card, Medicare card, or expired driver's license;
2. The required filed IRS form 1040, for 2014;
3. Appraisal, broker's price opinion or comparative market analysis (NOT ACCEPTABLE: the deed, tax assessment, Zillow or other online information) dated within the last six months for the real property(s);
4. The latest statement(s) that shows the amount owed on the mortgage(s);
5. Statements for all financial account(s) and cancelled checks for from October 2015 to the present;
6. Signed, filed and approved divorce agreement or separation agreement that addresses the distribution of marital property;
7. If the divorce agreement or separation agreement was approved within four years prepetition, copies of all financial statements of the debtor and the nonfiling former spouse filed in the divorce proceeding;
8. 219 Arthur Street Trust agreement and schedule of beneficiary(s), including any amendments thereto;
9. Regarding any payment you made to any relative(s) between January 13, 2015, and January 13, 2016,
    a. copies of evidence of the payments, for example, checks;
    b. why you paid the money;


c. what, if anything, you received in return;
d. the date you paid the money;
e. the recipient of the payment and the recipient's current mailing address; and
f. if the money was to repay a debt owed to the recipient, when the debt arose, including copies of evidence of indebtedness, for example, a promissory note or letter.

As the deadline(s) approach, I will review the case again in due course.

Thank you.

Sincerely,

Janice G. Marsh