UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   Melissa Jane Ostrom,                          Chapter 7, Case No. 16-40035-CJP
         Debtor

STATUS REPORT

Janice G. Marsh, the trustee, reports that she (1) has reviewed information about certain assets of the estate, (2) has requested additional information from the debtor's counsel about the real property, (3) has reviewed the official claims register and has concluded the only two filed claims are allowable, and (4) is considering her options.

Respectfully Submitted,

/s/ Janice G. Marsh
Janice G. Marsh, Trustee
Janice G. Marsh, LLC
446 Main Street, 19th Floor
Worcester, MA  01608
Telephone 508-797-5500
janicemarsh1@gmail.com
BBO No. 638575

CERTIFICATE OF SERVICE

**Mailing Information for Case**

**Electronic Mail Notice List**

- Patrick Michael Groulx    patrick@i-gllc.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Janice Marsh    janicemarsh1@gmail.com, MA44@ecfcbis.com

/s/ Janice G. Marsh
Janice G. Marsh, Trustee